■ N. V. LEO DE WINTER & CO. v. B. N. S. INTERNATIONAL SALES CORPORATION.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before March 6, 1962, with notice of argument for the April 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■ In the Matter of JAMES P. McDERMOTT v. MICHAEL J. MURPHY, as Police Commissioner of the City of New York.— Motion for resettlement granted to the extent of eliminating from the order of this court, entered on December 19, 1961, the provision for costs to the appellant, and a resettled order should be submitted eliminating the words "with $20 costs and disbursements to the appellant" and substituting therefore the words "without costs". Concur — Botein, P. J., Breitel, Valente, McNally and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM V. McCANN.— Enlargement of time granted. Concur — Breitel, J. P., Rabin, Eager, Steuer and Bergan, JJ.

## (February 23, 1962)

■ In the Matter of BOARD OF HIGHER EDUCATION OF THE CITY OF NEW YORK v. ELMER A. CARTER et al.— Motion by the Ancient Order of Hibernians in America for leave to intervene amicus curiæ granted only insofar as to permit movant to file a brief as amcius curiæ on or before February 28, 1962. Concur — Rabin, J. P., Valente, Stevens, Eager and Bergan, JJ.